# UNITED STATES DISTRICT COURT
### District of Maine

|  |  |
|---|---|
| ORLANDO PEREZ,<br>　　　　　Plaintiff<br><br>v.<br><br>ANDROSCOGGIN COUNTY,<br>ANDROSCOGGIN COUNTY SHERIFF'S<br>DEPARTMENT, and CARSON CARVER,<br>　　　　　Defendants | Docket No. 2:15-cv-00505-NT |

## STIPULATION OF DISMISSAL

NOW COME the parties, through counsel, and hereby stipulate that the above-entitled matter may be dismissed with prejudice and without costs or interest to any party.

Dated: November 30, 2016　　　　　　　　　/s/ David van Dyke
　　　　　　　　　　　　　　　　　　　　　David van Dyke, Esq.
　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

Dated: November 30, 2016　　　　　　　　　/s/ Peter T. Marchesi
　　　　　　　　　　　　　　　　　　　　　Peter T. Marchesi, Esq.
　　　　　　　　　　　　　　　　　　　　　Attorney for Defendants Androscoggin County
　　　　　　　　　　　　　　　　　　　　　and Androscoggin County Sheriff's Department

Dated: November 30, 2016　　　　　　　　　/s/ Elizabeth Stouder
　　　　　　　　　　　　　　　　　　　　　Elizabeth Stouder, Esq.
　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant Carver

UNITED STATES DISTRICT COURT
District of Maine

| | |
|---|---|
| ORLANDO PEREZ,<br>　　　　Plaintiff<br><br>v.<br><br>ANDROSCOGGIN COUNTY,<br>ANDROSCOGGIN COUNTY SHERIFF'S<br>DEPARTMENT, and CARSON CARVER,<br>　　　　Defendants | Docket No. 2:15-cv-00505-NT |

## CERTIFICATE OF SERVICE

I, Peter T. Marchesi, Esq., attorney for the Androscoggin County Defendants, hereby certify that:

- Stipulation of Dismissal

has been served this day on Plaintiff by filing with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

David Van Dyke, Esq.　　*dvandyke@hlrvd.com*
Elizabeth Stouder, Esq.　　*EStouder@rwlb.com*

Dated: November 30, 2016　　　　　/s/ Peter T. Marchesi
　　　　　　　　　　　　　　　　　Peter T. Marchesi, Esq.
　　　　　　　　　　　　　　　　　Attorney for Androscoggin County
　　　　　　　　　　　　　　　　　　　Defendants
　　　　　　　　　　　　　　　　　Wheeler & Arey, P.A.
　　　　　　　　　　　　　　　　　27 Temple Street, P.O. Box 376
　　　　　　　　　　　　　　　　　Waterville, ME  04903-0376